UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH THAMES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 03-2257** |
| **PRIDE OFFSHORE, INC.** | **SECTION "K"(5)** |

**AMENDED JUDGMENT**

This action came on for trial before the Court, the Honorable Stanwood R. Duval, Jr., presiding, and the issues having been duly tried and a decision having been duly rendered by a jury, and further, pursuant to the Order entered this same day pursuant to Fed. R. Civ. P. 60(1),

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of plaintiff, Joseph Thames, and against defendant, Pride Offshore Inc., in the amount of $205,820.00 with interest from the date of judgment, attorneys' fees arising from the pursuit of the maintenance and cure claim, and costs.

**IT IS FURTHER ORDERED** that the amount of attorneys' fees to be so awarded is **REFERRED** to Magistrate Judge Alma Chasez for determination.

**IT IS FURTHER ORDERED** that the proper amount of costs to be awarded shall be determined by the Clerk of Court pursuant to .L.R. 54.

New Orleans, Louisiana, the 25th day of January, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

___ Fee___
X Process___
X Dktd___
___ CtRmDep___
___ Doc. No.___